IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

FILED
03 OCT 15 AM 10:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

ANGELO V. DOUTHARD, et al.,

    Plaintiff,

v.

REGIONS BANK,

    Defendant.

CIVIL ACTION NO.
03-AR-2001-M

ENTERED
OCT 15 2003

### MEMORANDUM OPINION

This arguably is a case in which a court could profitably explore the thorny problems presented by a juxtaposition of the Federal Arbitration Act; the Equal Credit Opportunity Act; Rule 23; the absence of any class arbitration procedures adopted by the American Arbitration Association; and a provision in the subject contract precluding class arbitration. Tempting though this is, the court finds that Judge Albritton's opinion of September 29, 2003, in *Pitchford v. AmSouth Bank*, ___ F. Supp. 2d ___, 2003 WL 22282900 (M.D. Ala.), is persuasive. Based on it, and on the binding opinion of the Eleventh Circuit of September 25, 2003, in *Anders v. Hometown Mortgage Services*, ___ F. 3d ___, 2003 WL 22209334 (11th Cir. Ala.), the court will dismiss the action without prejudice to arbitration, and will count on the arbitrator to decide the difficult questions of conscionability, the arbitrability of class claims and the assessment of the cost of the arbitration. However, the court will amend its order so as



to certify the case for interlocutory appeal if plaintiffs request such certification in writing **within seven (7) calendar days**.

DONE this _15th_ day of October, 2003.

_/s/ William M. Acker_
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE